UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD WILSON, | ) | 1:06-cv-01305-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER GRANTING PETITION** |
| D. SMITH, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER THAT RESPONDENT** |
| | ) | **CONSIDER THE APPROPRIATENESS** |
| | | **OF TRANSFERRING PETITIONER** |

Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

On October 23, 2006, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be GRANTED, and Respondent be ORDERED to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. These Findings and Recommendations were served on all parties and contained notice

1

that any objections were to be filed within ten (10) days from the date of service of that order. on November 8, 2006, Respondent filed objections to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis. Respondent's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 23, 2006, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is GRANTED; and,

3. Respondent consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. Given that Petitioner's projected release date is March 25, 2009, with a current projected release date of September 25, 2008, to a Residential Re-entry Center, Respondent is ordered to make this determination within six (6) months from the date of this Order. IT IS SO ORDERED.

**Dated:    January 18, 2007**          **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

---

[1] On November 9, 2006, Respondent filed a motion for an extension of time to file the answer. Good cause having been demonstrated, Respondent's request is GRANTED nunc pro tunc.